IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ATM SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) C.A. No. 12-1265 (SLR) |
| ATM SYSTEMS CORPORATION, | ) |
| | ) |
| Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TRITON SYSTEMS OF DELAWARE, INC. | ) |
| and DOVER PRINTING & | ) |
| IDENTIFICATION, INC. f/k/a DOVER | ) |
| INDUSTRIES, INC., | ) |
| | ) |
| Third Party Defendants. | ) |

**[PROPOSED] ORDER DISMISSING THIRD PARTY
DEFENDANT DOVER PRINTING & IDENTIFICATION, INC.**

Upon consideration of the unopposed motion to dismiss third party defendant Dover Printing & Identification, Inc. f/k/a Dover Industries, Inc. ("Dover"),

**IT IS ORDERED** this _____ day of May, 2013,

that the motion is **GRANTED** and ATM Systems Corporation's claims against Dover are hereby dismissed WITH PREJUDICE.

_____
Robinson, J.